**MONTEVERDE & ASSOCIATES PC**
Miles D. Schreiner, Esq.
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: mschreiner@monteverdelaw.com

*Counsel for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JONATHAN ENGLISH, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADMA BIOLOGICS, INC., STEVEN A. ELMS, JERROLD B. GROSSMAN, ADAM S. GROSSMAN, BRYANT E. FONG, DOV A. GOLDSTEIN, LAWRENCE P. GUIHEEN, and ERIC I. RICHMAN,<br><br>　　　　　Defendants. | Case No. 2:17-cv-03128-SDW-LDW<br><br>**NOTICE OF DISMISSAL** |

Notice is hereby given that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff voluntarily dismisses the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: May 10, 2017

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　**MONTEVERDE & ASSOCIATES PC**

　　　　　　　　　　　　　　　By: s/ *Miles D. Schreiner*
　　　　　　　　　　　　　　　　　Miles D. Schreiner
　　　　　　　　　　　　　　　　　SBN 910082012

The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email:mschreiner@monteverdelaw.com

*Counsel for Plaintiff*

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via the District CM/ECF system on May 10, 2017, which caused an electronic copy of same to be served automatically upon all counsel of record.

s/ <u>*Miles D. Schreiner*</u><br>
Miles D. Schreiner