**MONTEVERDE & ASSOCIATES PC**
Miles D. Schreiner, Esq.
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: mschreiner@monteverdelaw.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JONATHAN ENGLISH, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>ADMA BIOLOGICS, INC., STEVEN A. ELMS, JERROLD B. GROSSMAN, ADAM S. GROSSMAN, BRYANT E. FONG, DOV A. GOLDSTEIN, LAWRENCE P. GUIHEEN, and ERIC I. RICHMAN,<br><br>          Defendants. | Case No. 2:17-cv-03128-SDW-LDW<br><br>**NOTICE OF DISMISSAL** |

Notice is hereby given that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff voluntarily dismisses the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: May 10, 2017          Respectfully submitted,

                                       **MONTEVERDE & ASSOCIATES PC**

                                       By: *s/ Miles D. Schreiner*
                                             Miles D. Schreiner
                                             SBN 910082012

>The Empire State Building
>350 Fifth Avenue, Suite 4405
>New York, NY 10118
>Tel: (212) 971-1341
>Fax: (212) 202-7880
>Email:mschreiner@monteverdelaw.com

*Counsel for Plaintiff*

So Ordered
this 15th day of May 2017

Susan D. Wigenton, U.S.D.J.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via the District CM/ECF system on May 10, 2017, which caused an electronic copy of same to be served automatically upon all counsel of record.

s/ *Miles D. Schreiner*
Miles D. Schreiner
